IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
   v.                       )       2:19cr436-MHT
                            )            (WO)
ROBERT ALLEN BAXTER         )
```

ORDER

Based on the representations made on the record on August 11, 2021; on consideration of defendant Robert Allen Baxter's petition for modification of August 10, 2021 (Doc. 56); on consideration of the health risks posed by conditions at the Montgomery County Jail during the COVID-19 pandemic, including, in particular, the recent impact of the Delta variant; and on the court's conclusion that the four weekends already served by defendant Baxter in the Montgomery County Jail, subject to those conditions, constitute ample punishment, it is ORDERED that:

  (1)  The petition for modification (Doc. 77) is granted.

(2) Defendant Robert Allen Baxter shall not be required to serve the remainder of the 16 weekends in jail previously imposed by the court as a special condition of supervised release.

(3) In lieu of the weekends in jail, the following is added as a condition of defendant Baxter's supervised release: Defendant Baxter shall serve three months of home confinement.* He will be subject to electronic monitoring, as determined by his supervising probation officer. He shall contribute to the cost of any treatment based on his ability to pay and the availability of third-party payments. He shall continue his employment during this period. He shall be permitted to leave home to work, to see his daughter if the probation officer approves, and for

---

* In his petition for modification, defendant Baxter requested that the court impose a condition of six months of home confinement in lieu of the weekends in jail. By agreement of the parties, the court will instead impose a condition of three months of home confinement.

any other purpose as determined by his supervising probation officer.

DONE, this the 11th day of August, 2021.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE